**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO P. FELIX, | ) | CASE NO. CV 12-08960 PA (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| DOMINGO URIBE, JR., WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JULIO P. FELIX, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 9, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE